RUSSELL S. HUMPHREY, SBN 208744
HUMPHREY LAW GROUP
1420 S. Mills Ave., Ste. H
Lodi, CA  95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for PLAINTIFF:
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>CHEVRON USA INC, STEVEN LOR, SHIRLEY LOR, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.:  2:13-cv-1127-LLK<br><br>**MOTION TO DISMISS WITH PREJUDICE AND ORDER GRANTING SUCH DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE, THIS HONORABLE COURT AND ALL PARTIES OF SUCH PROCEEDING:**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff moves this honorable court to dismiss the Plaintiff's complaint with Prejudice.

1. Specifically, Plaintiff has filed, and served the Complaint on Defendants, for the damages Plaintiff has allegedly incurred from the discrimination he experienced, as a result of his disability.

2. Plaintiff mistakenly filed such case twice and is pursuing such claims in another action.

2. Defendants have not yet served an Answer on Plaintiff for this case.

Therefore, Plaintiff, agreement, now moves this court to dismiss such action with prejudice.

Date: November 21st, 2013.

/s/ Russell S. Humphrey
By: Russell S. Humphrey
Attorney for Plaintiff,
CYNTHIA HOPSON

/s/Daniel Malakauskas
By: Daniel Malakauskas,
Attorney for Plaintiff,
CYNTHIA HOPSON

MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER

2

**ORDER**

Plaintiff having requested a voluntary dismissal with prejudice, and no defendant having answered or moved for summary judgment, the court hereby **DISMISSES** this action **WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a) (1) (A) (i) and (a) (2).

IT IS SO ORDERED.

Dated: November 22, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT